UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Linda Steffes, et al.,

                Plaintiff(s),

v.                                                Case No. 2:25-cv-11153-MFL-KGA
                                                      Hon. Matthew F. Leitman

UV Real Estate LLC, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Yuval Rachmilewitz

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/ J C Brown
                                               Deputy Clerk

Dated:  January 15, 2026