UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Linda Steffes, et al.,

                Plaintiff(s),

v.                                                              Case No. 2:25−cv−11153−MFL−KGA
                                                                Hon. Matthew F. Leitman
UV Real Estate LLC, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  UV Real Estate LLC

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                KINIKIA D. ESSIX, CLERK OF COURT

                By: s/ J C Brown
                      Deputy Clerk

Dated:   January 15, 2026