UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STEFFES AND BRANDON
BOURGEOIS, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

UV REAL ESTATE LLC, AND
YUVAL RACHMILEWITZ,

    Defendants.

Case No. 25-cv-11153
Hon. Matthew F. Leitman

_____/

## ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT

Having reviewed the Parties' Stipulation, and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that:

a. The Clerk's January 15, 2026 Enty of Default against Defendants UV Real Estate LLC and Yuval Rachmilewitz is hereby set aside.

b. The deadline for Defendants to file their first responsive pleading shall be thirty (30) days from the entry of this Order.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2026, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126