UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STEFFES, *et al.*,

     Plaintiffs,

v.

UV REAL ESTATE, LLC, *et al.*,

     Defendants.

Case No. 25-cv-11153
Hon. Matthew F. Leitman

_____/

**ORDER GRANTING PLAINTIFF LEAVE
TO FILE A FIRST AMENDED COMPLAINT**

On April 22, 2025, Plaintiffs Linda Steffes and Brandon Bourgeois filed this putative class action against Defendants UV Real Estate, LLC and Yuval Rachmilewitz. (*See* Compl., ECF No. 1.)  The Defendants have now filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 17.)  One of bases for dismissal is that Plaintiffs have failed to plead sufficient facts in support of at least some of their claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Plaintiffs the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in their claims identified by the Defendants in the motion to dismiss.  The Court does not anticipate allowing Plaintiffs another opportunity to amend to add factual allegations that they could now include in a First

1

Amended Complaint.  Simply put, this is Plaintiffs' opportunity to allege any and all additional facts, currently known to them, that may cure the alleged deficiencies in their claims.

By **March 18, 2026**, Plaintiffs shall file a notice on the docket in this action notifying the Court and the Defendants whether they will be filing a First Amended Complaint.  If Plaintiffs provide notice that they will be filing a First Amended Complaint, they shall file that amended pleading by no later than **April 1, 2026**.  If Plaintiffs provide notice that they will not be filing a First Amended Complaint, they shall file a response to Defendants' pending motion to dismiss by no later than **April 1, 2026**.

Finally, if Plaintiffs provide notice that they will be filing an amended pleading, the Court will terminate without prejudice Defendants' motion to dismiss as moot.  The Defendants may re-file a motion to dismiss directed at the First Amended Complaint if Defendants believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3