UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA STEFFES, *et al.*,

     Plaintiffs,

v.

UV REAL ESTATE, LLC, *et al.*,

     Defendants.

_____/

Case No. 25-cv-11153
Hon. Matthew F. Leitman

## ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 17) WITHOUT PREJUDICE

On April 22, 2025, Plaintiffs Linda Steffes and Brandon Bourgeois filed this putative class action against Defendants UV Real Estate, LLC and Yuval Rachmilewitz. (*See* Compl., ECF No. 1.)  The Defendants then filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 17.)

On March 6, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Plaintiffs the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in their claims identified by the Defendants in the motion to dismiss. (*See* Order, ECF No. 18.)  The Court informed the parties that if Plaintiffs decided to file such an amended pleading, it would terminate the Defendants' currently-pending motion to dismiss without prejudice. (*See id.*)

1

On March 17, 2026, Plaintiffs filed a notice that they intend to file a First Amended Complaint. (*See* Notice, ECF No. 19.)   Accordingly, the Court **TERMINATES** the Defendants' now-pending motion to dismiss (ECF No. 17) **WITHOUT PREJUDICE**.   The Defendants may re-file a motion to dismiss directed at the First Amended Complaint if the Defendants believe that such a motion is appropriate after reviewing that pleading.

  **IT IS SO ORDERED.**

         s/Matthew F. Leitman

         MATTHEW F. LEITMAN

Dated:  March 19, 2026   UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2026, by electronic means and/or ordinary mail.

         s/Holly A. Ryan

         Case Manager

         (313) 234-5126